# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**  Case No.: 3:12–cr–00576–HZ
**Plaintiff(s),**

v.

**THOMAS PAUL MARMARO**
**Defendant(s).**

_____ /

## Criminal Case Assignment Order

    **(a)    Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned for all further proceedings to:

> Presiding Judge......................Hon. Marco A. Hernandez
> Presiding Judge's Suffix Code*..............................HZ
>
> *These letters must follow the case number on all future filings.

    **(b)    Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Michelle Rawson
> Telephone: (503) 326–8051
> Email: michelle_rawson@ord.uscourts.gov

    **(c)    Case Administrator/Docket Clerk:** Questions about CM/ECF filings or docket entries in this matter should be directed to:

> Telephone: 503–326–8050

    **(d)    Place of Filing:** All non–electronic filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (See LR 3–3 and LR 100–5).

    **(e)    District Court Website:** Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at ord.uscourts.gov.

**DATED:** October 31, 2012.        **MARY L. MORAN,**
                                                                    **Clerk of Court**

                                                                    by: /s/ C. Brost
                                                                      C. Brost, Deputy Clerk